Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

This Document Relates to:

*Donald Whitman, et al. v. Pfizer Inc*
(06-1350 CRB)

*Mildred Hance v. Pfizer Inc, et al.*
(06-1718 CRB)

*William Lopez, et al. v. Astra Merck, Inc., et al.*
(06-2621 CRB)

*Rafaela Roman Velez, et al. v. Astra Merck, Inc., et al.*
(06-2649 CRB)

*Luis R. Carrion Velez, et al. v. Astra Merck, Inc., et al.*
(06-2658 CRB)

*Teresita Falcon Matos, et al. v. Astra Merck, Inc., et al.*
(06-2660 CRB)

*Ronny Maria Sanders, et al. v. Pfizer Inc*
(06-2681 CRB)

*Lori Sargent et al. v. Pfizer Inc*
(06-3675 CRB)

*James Hall, et al. v. Pfizer Inc*
(06-3676 CRB)

*John Hayhurst v. Pfizer Inc, et al.*

**MDL NO. 1699**
**District Judge: Charles R. Breyer**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

(06-3758 CRB) )

*Bill Casillas, et al. v. Pfizer Inc, et al.* (06-3958 CRB) )

*Patricia Knudsen v. Pfizer Inc, et al.* (06-4043 CRB) )

*Betty Moncrief, et al. v. Pfizer Inc, et al .* (06-4100 CRB) )

*Annette Edelen, et al. v. Pfizer Inc, et al.* (06-4147 CRB) )

*Debbie Mitchell v. Pfizer Inc, et al.* (06-4296 CRB) )

*Joseph Gastaldi, et al. v. Pfizer Inc, et al.* (06-4362 CRB) )

*Demetrio Rubio v. Pfizer Inc, et al.* (06-4449 CRB) )

*Earlene McBride, et al. v. Pfizer Inc, et al.* (06-4462 CRB) )

*Louis Walkingstick, et al. v. Pfizer Inc, et al.* (6-4463 CRB) )

*Virginia Thorne v. Pfizer Inc, et al.* (06-4464 CRB) )

*Rojelio Longoria, et al. v. Pfizer Inc, et al.* (06-4586 CRB) )

*Annie White, et al. v. Pfizer Inc, et al.* (06-4678 CRB) )

*Martha Stevens, et al. v. Pfizer Inc, et al.* (06-4920 CRB) )

*Janette Smith v. Pfizer Inc, et al.* (06-4977 CRB) )

*Roselie Atkins, et al. v. Pfizer Inc, et al.* (06-5272 CRB) )

*Dawna Garza v. Pfizer Inc, et al.* (06-5416 CRB) )

*Ralph Adams, et al. v. Pfizer Inc, et al.* (06-5591 CRB) )

*Albert Leong v. Pfizer Inc, et al.* (06-5666 CRB) )

*Catherine Connolly, et al. v. Pfizer Inc, et al.* (06-5738 CRB)

*Randy Masker, et al. v. Pfizer Inc, et al.* (06-5739 CRB)

*Charlie Rhome, et al. v. Pfizer Inc, et al.* (06-5740 CRB)

*Paulette Balda, et al. v. Pfizer Inc, et al.* (06-5765 CRB)

*William Halpin, et al. v. Pfizer Inc, et al.* (06-5777 CRB)

*Patricia Howard, et al. v. Pfizer Inc, et al.* (06-5916 CRB)

*Alice Ryan, et al. v. Pfizer, Inc, et al.* (06-5917 CRB)

*William Coleman, et al. v. Pfizer Inc, et al.* (06-5918 CRB)

*Monica Mittag, et al. v. Pfizer Inc, et al.* (06-5919 CRB)

*Cynthia Smith, et al. v. Pfizer Inc, et al.* (06-5963 CRB)

*John Roof v. Pfizer Inc, et al.* (06-5964 CRB)

*Lynda Jack, et al. v. Pfizer Inc, et al.* (06-5965 CRB)

*Ernest Grant v. Pfizer Inc, et al.* (06-5970 CRB)

*Alice L. Pettit, et al. v. Pfizer Inc, et al.* (06-5973 CRB)

*Wade Smith, et al. v. Pfizer Inc, et al.* (06-5975 CRB)

*Richard Gilmore, et al. v. Pfizer Inc, et al.* (06-5977 CRB)

*Sergio Estrada v. Pfizer Inc, et al.* (06-5978 CRB)

*John Vallee, et al. v. Pfizer Inc, et al.* (06-5981 CRB)

*Betty Scott, et al. v. Pfizer Inc, et al.* (06-5983 CRB) )

*Norman Hamblen, et al. v. Pfizer Inc, et al.* (06-6058 CRB) )

*Dennis Johns, et al. v. Pfizer Inc, et al.* (06-6059 CRB) )

*Marion Walker, et al. v. Pfizer Inc, et al.* (06-6060 CRB) )

*Bessie R. Jackson-Cook v. Pfizer Inc, et al.* (06-6061 CRB) )

*Mary Gonzales, et al. v. Pfizer Inc, et al.* (06-6062 CRB) )

*Melvin Kenney, et al. v. Pfizer Inc, et al.* (06-6064 CRB) )

*Carol Pellini, et al. v. Pfizer Inc, et al.* (06-6065 CRB) )

*Antonio Pratts v. Pfizer Inc, et al.* (06-6066 CRB) )

*Mark Childs v. Pfizer Inc, et al.* (06-6067 CRB) )

*Mary Helen Johnson, et al. v. Pfizer Inc, et al.* (06-6068 CRB) )

*James E. Garver, et al. v. Pfizer Inc, et al.* (06-6070 CRB) )

*Tiffany R. Noell, et al. v. Pfizer Inc, et al.* (06-6071 CRB) )

*Beth Lehman, et al. v. Pfizer Inc, et al.* (06-6073 CRB) )

*Sharon Payne, et al. v. Pfizer Inc, et al.* (06-6075 CRB) )

*Nancy Harsh, et al. v. Pfizer Inc, et al.* (06-6083 CRB) )

*Dennis Yeager, et al. v. Pfizer Inc, et al.* (06-6084 CRB) )

*Lynda Jack, et al. v. Pfizer, Inc, et al.* (06-6087 CRB) )

*Fred Hardee, et al. v. Pfizer Inc, et al.* )

(06-6088 CRB) )

*Lynn Hodges, et al. v. Pfizer Inc, et al.* (06-6089 CRB) )

*Willie Vaughn v. Pfizer Inc, et al.* (06-6092 CRB) )

*Pauline Swihart, et al. v. Pfizer Inc, et al.* (06-6093 CRB) )

*Douglas Horton v. Pfizer Inc, et al.* (06-6094 CRB) )

*June N. Bell v. Pfizer Inc, et al.* (06-6095 CRB) )

*Jerry Rice, et al. v. Pfizer Inc, et al.* (06-6096 CRB) )

*Stephen Bryan, et al. v. Pfizer Inc, et al.* (06-6097 CRB) )

*Steven Woods, et al. v. Pfizer Inc, et al.* (06-6098 CRB) )

*Brad Lovitt, et al. v. Pfizer Inc, et al.* (06-6116 CRB) )

*April Froehlich, et al. v. Pfizer Inc, et al.* (06-6117 CRB) )

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10-29, 2009 By: ______________________

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2, 2009 By: ______________________

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009 ______________________
Hon. Charles R. Breyer
United States District Court